**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOYCE ANN ROSENTRITT,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-1346-O |
| **CAROLYN W. COLVIN,** **Commissioner of Social Security,** | § § § § | |
| Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits is **AFFIRMED**.

**SO ORDERED** on this **12th day** of **September, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**